# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

139768

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHELLY DUPON and PAUL DUPON,
        Plaintiffs-Appellants,

v

NORTHWEST AIRLINES, INC.,
        Defendant-Appellee,

and

JOHNSON CONTROLS, INC., and
KIMCO, INC.,
        Defendants.

_____/

SC:  139768
COA: 292520
Wayne CC: 07-728185-NO

On order of the Court, the application for leave to appeal the August 26, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk

p0421